# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144866

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CORIELL TYQUAN BRANCH,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144866
COA: 299859
Genesee CC: 09-025681-FC

On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

s0716